IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KNOLL, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 19-4566 |
| | : | |
| **SENATOR INTERNATIONAL** | : | |
| **LIMITED** | : | |

# ORDER

**AND NOW**, this 21st day of April 2020, upon considering Defendant's Motion to dismiss (ECF Doc. No. 24) arguing lack of personal jurisdiction in Pennsylvania, Plaintiff's Opposition (ECF Doc. No. 25), Defendant's Reply (ECF Doc. No. 27), the parties having declined jurisdictional discovery, construing all disputed facts (not unsupported allegations) in Plaintiff's favor, and for reasons in the accompanying Memorandum, it is **ORDERED:**

1. Defendant's Motion to dismiss (ECF Doc. No. 24) is **GRANTED** as the sworn evidence confirms this Court lacks personal jurisdiction over the Defendant;

2. Under 28 U.S.C. § 1631, the Clerk of Court shall forthwith **transfer** this case to the Clerk of Court for the United States District Court for the Northern District of Illinois; and,

3. The Clerk of Court shall **close** this case in this District.

_____
**KEARNEY, J.**